# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS VASQUEZ,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>DAVE DAVIES, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-04053 VBF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 14, 2015

　　　　　　　　　　　　　　　　　　／s／ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE